# Criminal Case Cover Sheet           U.S. District Court

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00074__

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: __X__ Yes ____ No

Defendant Name _____Dong Sik Jung_____

Allisas Name _____

Address _____

_____Tamuning, Guam_____

Birth date __XX/XX/1969__ SS# _(TIN) XXX-XX-4802_ Sex __M__ Race __A__ Nationality __Korean__

*RECEIVED NOV 15 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM*

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

**Interpreter:** ____ No __X__ Yes      List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1   18 U.S.C. §§ 2 & 1028(a)(6) | FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __NOV 15 2006__    Signature of AUSA: _/s/ KV Johnson_