AO 442 (Rev. 08/07) Warrant for Arrest

# RECEIVED UNITED STATES DISTRICT COURT

JAN 2 4 2008      District of      GUAM

US MARSHALS SERVICE-GUAM

UNITED STATES OF AMERICA

V.

DONG SIK JUNG

**WARRANT FOR ARREST**

Case Number: CR-06-0074-001

**FILED**
DISTRICT COURT OF GUAM
MAR 2 8 2008
JEANNE G. QUINATA
Clerk of Court

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **DONG SIK JUNG**
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Superseding Indictment      ☐ Information      ☐ Complaint      ☐ Order of court

☐ Pretrial Release Violation Petition      ☐ Probation Violation Petition      ☐ Supervised Release Violation      ☐ Violation Notice

charging him or her with (brief description of offense)

Criminal Conspiracy, 18 U.S.C. §§ 2 & 371, Count 1

Fraud in Connection With Identification Documents, 18 U.S.C. §§ 2; 1028(a)(1); 1028(b)(1)(A)(ii) & 1028(c)(3)(A), Count 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *signature* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008     Hagatña, Guam |
| Title of Issuing Officer | Date and Location |

**ORIGINAL**

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Tamuning

| DATE RECEIVED 1·23·08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3·28·08 | TFO RIQuichocho | *signature* |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __DONG SIK JUNG_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____