# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00074          DATE: March 28, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Geraldine Cepeda | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter M. Tenorio | Electronically Recorded: 4:40:35 - 4:49:52 |

**APPEARANCES:**

Defendant: Dong Sik Jung      Attorney: Joaquin C. Arriola, Jr.,
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black      U.S. Agent:
U.S. Probation: Stephen Guilliot
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**

- Governments oral motion to unseal case. Granted.
- Financial Affidavit reviewed and accepted: Joaquin C. Arriola, Jr., appointed to represent the defendant.
- Defendant waives reading of Superseding Indictment.
- Defendant sworn and examined.
- Plea entered: Not guilty
- Trial Scheduling Order executed.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: