

Jung18.appdisc

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 0 2 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DONG SIK JUNG, <br><br> Defendant. | CRIMINAL CASE NO. 06-00074 <br><br> UNITED STATES APPLICATION TO DISCLOSE CERTAIN TAX INFORMATION |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order allowing the government to disclose certain records obtained from the Internal Revenue Service (IRS) to defense counsel Joaquin C. Arriola, Jr. On February 3, 2006, the court issued an Order, Misc. Case No. 06-00001, directing the IRS to disclose to the U.S. Attorney's Office any information it held on Taxpayer Identification Number XXX-XX-4802, among other matters.

Defendant Jung was indicted in the above-entitled matter, and made his initial appearance March 28, 2008. He is represented by Joaquin C. Arriola, Jr. The IRS information concerning the TIN referenced in the above-listed order is necessary for Mr. Arriola to evaluate the strength of the government's case, because the defendant is accused of fraudulently obtaining a Guam driver's license by using a fraudulent TIN. The release of such information is allowed by Title

26, United States Code, Section 6103((i)(4)(A)(i) as information "probative of a matter in issue relevant in establishing the commission of a crime or the guilt or liability of a party."

Respectfully submitted this __2nd__ day of April, 2008.

                                                     LEONARDO M. RAPADAS
                                                   United States Attorney
                                                   Districts of Guam and NMI

                                        By: _/s/ Karon V. Johnson_____
                                             KARON V. JOHNSON
                                             Assistant U.S. Attorney

2