dongjunguns

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

☐ ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

MAR 3 1 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00074 |
| Plaintiff, | |
| vs. | **APPLICATION TO UNSEAL RECORD** |
| DONG SIK JUNG, | |
| Defendant. | |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 28th day of March 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney