LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00074 |
| Plaintiff, | ) | |
| vs. | ) | |
| DONG SIK JUNG | ) | **ORDER** |
| | ) | Permitting Disclosure of Certain Tax Records |
| Defendant. | ) | |

On the 2nd day of April 2008, Assistant United States Attorney Karon V. Johnson filed an application, pursuant to Title 26, United States Code Sections 6103(h)(4)(B) and 6103(i)(4)(A)(i), to allow the government to disclose the Internal Revenue Service records and Guam Department of Revenue and Taxation records related to Taxpayer Identification Number XXX-XX-4802 to defense attorney Joaquin C. Arriola, Jr. The court finds that the disclosure of such information is probative of a matter at issue relevant in establishing the commission of a crime and the guilt or liability of a party.

IT IS THEREFORE ORDERED that the application is granted and the United States of America may disclose the Internal Revenue Service records and Guam Department of Revenue and Taxation records related to Taxpayer Identification Number XXX-XX-4802 to defense attorney Joaquin C. Arriola, Jr.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Apr 08, 2008