# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## CHANGE OF PLEA

CASE NO.: CR-06-00074                           DATE: April 28, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori                    Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio             Electronically Recorded: 10:43:35 - 11:03:37

**APPEARANCES:**

Defendant: Dong Sik Jung                         Attorney: Joaquin C. Arriola, Jr.

☑Present ☑Custody ☐Bond ☐P.R.                   ☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson                     U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon                        Language: Korean

**PROCEEDINGS: Change of Plea**

- Pen and ink changes made to plea agreement.
- Defendant consented to Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: July 2, 2008 at 11:30 a.m.
- Draft Presentence Report due to the parties: May 27, 2008
- Response to Presentence Report: June 10, 2008
- Final Presentence Report due to the Court: June 24, 2008
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: