IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00074 |
| Plaintiff, | ) | |
| | ) | **ORDER ACCEPTING PLEA OF GUILTY** |
| vs. | ) | **AND ADJUDICATING GUILT, AND** |
| | ) | **NOTICE OF SENTENCING** |
| DONG SIK JUNG, | ) | |
| Defendant. | ) | |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count II of a Superseding Indictment charging him with Fraud in Connection with Identification Documents, in violation of 18 U.S.C. §§2 and 1028(a)(1), (b)(1)(A)(ii), and (c)(3)(A), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on July 2, 2008, at 11:30 a.m.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    Chief Judge
**Dated: May 15, 2008**