# UNITED STATES DISTRICT COURT

DISTRICT     **GUAM**

**UNITED STATES OF AMERICA**

V.

**DONG SIK JUNG**

**NOTICE**

CASE NUMBER: **CR-06-00074-001**

TYPE OF CASE:

☐ **CIVIL**     X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>July 2, 2008 at 11:30 A.M. | CONTINUED TO DATE AND TIME<br><br>August 6, 2008 at 11:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 26, 2008            Virginia T. Kilgore
DATE            /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
       Joaquin C. Arriola, Jr.
       U.S. Probation Office
       U.S. Marshals Service