AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT — **GUAM**

**UNITED STATES OF AMERICA**

V.

**DONG SIK JUNG**

# NOTICE

CASE NUMBER: **CR-06-00074-001**

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | August 6, 2008 at 11:00 A.M. | July 3, 2008 at 1:30 P.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 27, 2008      Virginia T. Kilgore
DATE      /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
           Joaquin C. Arriola, Jr.
           U.S. Probation Office
           U.S. Marshals Service

Case 1:06-cr-00074     Document 26     Filed 06/27/2008     Page 1 of 1