# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00074     DATE: July 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber     Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos     Electronically Recorded: 1:36:01 - 1:48:50

**APPEARANCES:**

Defendant: Dong Sik Jung     Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson     U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung Woo Yoon     Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant sentenced to time served, a period of approximately 101 days.
- Defendant is placed on supervised release for a term of two (2) years.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service. Defendant shall be turned over to a duly authorized immigration official for deportation proceedings.
- Count I dismissed.

NOTES: